UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                   19 CR 722 (PKC)

       -against-                                              ORDER

LUIS SEVERINO-COLON,

                            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the Government, the conference previously scheduled for May 11, 2020 is adjourned to June 10, 2020 at 11:00 a.m. Defense counsel shall advise the Court by May 8 whether, in view of the pandemic, his client consents to the proceeding being conducted by videoconference, if feasible, and by teleconference, if the video should fail or not be available. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is necessary in light of the National Emergency arising from the COVID-19 pandemic. Accordingly, the time between today and June 10, 2020 is excluded under the Speedy Trial Act.

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
          May 5, 2020