

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2020

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *United States v. Severino Colon*, 19 CR 722 (PKC)

Dear Judge Castel:

   The Government writes to request an adjournment of the conference currently scheduled for September 2, 2020 until late September.  Such an adjournment would likely permit the parties to complete their discussions concerning a resolution of the case without the need for trial.

   The Government also respectfully requests the exclusion of time under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7), until the new conference date.  The ends of justice served by granting the adjournment outweigh the best interests of the public and the defendant in a speedy trial because the adjournment will advance disposition of the case without the need for trial.

   I have communicated with defense counsel, who consents to the above requests.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney

                        by: _____
                              Andrew A. Rohrbach
                              Assistant United States Attorney
                              (212) 637-2345

CC: Defense counsel (by ECF)

-2-

Upon the application of the government, consented to by defense counsel, the conference originally scheduled for September 2, 2020 is adjourned to September 23, 2020 at 4:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is necessary to permit the parties to complete their discussions concerning a possible disposition of the case without the need for trial.  Accordingly, the time between today and September 23, 2020 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  August 28, 2020