UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

Luis Severino Colon

                                   Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Cr-722 (PKC)

Defendant ___Luis Severino_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Sentencing Proceeding


/s/ Luis Severino Colon                       /s/ Marisa K. Cabrera
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Luis Severino Colon                         Marisa K. Cabrera
Print Defendant's Name                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

1/4/2021                                 _____
Date                                     U.S. District Judge/~~U.S. Magistrate Judge~~

*P. Kevin Castel*
P. Kevin Castel
United States District Judge